IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAWSON INFRASTRUCTURE GROUP, INC.,<br><br>        Alleged Debtor. | Chapter 11<br><br>Case No. 24-12726 (MFW)<br><br>**Re: D.I. 205** |

# NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Marshall Investments GCP Pty Limited (f/k/a Marshall Investments MIG Pty Ltd) as trustee for the Marshall Investments MIG Trust ("Marshall") hereby appeals to the United States District Court for the District of Delaware under 28 U.S.C. § 158(a)(1) and Fed. R. Bankr. P. 8002 and 8003 from the *Order Granting Mawson Infrastructure Group Inc.'s Motion for a Bond Pursuant to 11 U.S.C. § 303(e)*, entered on September 11, 2025 [D.I. 205] (the "Order") by the United States Bankruptcy Court for the District of Delaware, including all bench rulings with respect thereto and any judgments, decrees, decisions, rulings, and opinions that may be issued in connection with or merged into the Order. A copy of the Order is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party | Attorneys |
|---|---|
| **Appellant**<br><br>Marshall Investments MIG Pty Ltd. (f/k/a Marshall Investments MIG Pty Ltd) as trustee for the Marshall Investments MIG Trust | **ROPES & GRAY LLP**<br><br>Gregg M. Galardi<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090 |

| | |
|---|---|
| | Email: gregg.galardi@ropesgray.com<br><br>-and-<br><br>**CHIPMAN BROWN CICERO & COLE, LLP**<br><br>Robert A. Weber<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0192<br>Email: weber@chipmanbrown.com |
| **Appellee**<br><br>Mawson Infrastructure Group, Inc. | **FOX ROTHSCHILD LLP**<br><br>Seth A. Niederman<br>Stephanie Slater Ward<br>1201 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 654-7444<br>Email: sniederman@foxrothschild.com<br>          sward@foxrothschild.com<br><br>-and-<br><br>Michael A. Sweet<br>345 California Street, Suite 2200<br>San Francisco, CA 94104<br>Telephone: (415) 364-5540<br>Facsimile: (415) 391-4436<br>Email: msweet@foxrothschild.com<br><br>-and-<br><br>Michael Herz<br>49 Market Street<br>Morristown, NJ 07960<br>Telephone: (973) 992-4800<br>Email: mherz@foxrothschild.com |
| **Additional Party**<br><br>W Capital Advisors Pty Ltd | **YOUNG, CONAWAY, STARGATT & TAYLOR, LLP**<br><br>Kenneth J. Enos<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600 |

|  | Email: kenos@ycst.com |
|---|---|
| **Additional Party**<br><br>Rayra Pty Ltd | **WOMBLE BOND DICKINSON (US) LLP**<br><br>Matthew P. Ward<br>1313 North Market Street<br>Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 252-4338<br>Facsimile: (302) 661-7711<br>Email: matthew.ward@wbd-us.com |
| **Additional Party**<br><br>Liam Healey and Quentin Olde, in their capacity as Receivers and Managers of MIG No.1 Pty Ltd (in Liq.) | **RICHARDS, LAYTON & FINGER, P.A.**<br><br>Daniel J. DeFranceschi<br>Russell C. Silberglied<br>Clint M. Carlisle<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email:  defranceschi@rlf.com<br>           silberglied@rlf.com<br>           carlisle@rlf.com |

Marshall reserves the right to file a motion for leave to appeal under Rule 8004 of the Federal Rules of Bankruptcy Procedure in the event this Court or any other court of competent jurisdiction determines that the Order is interlocutory within the meaning of 28 U.S.C. § 158(a)(3).

Dated: September 25, 2025         **CHIPMAN BROWN CICERO & COLE, LLP**
           Wilmington, Delaware

           _/s/ Robert A. Weber_
           Robert A. Weber (I.D. No. 4013)
           Hercules Plaza
           1313 North Market Street, Suite 5400
           Wilmington, Delaware 19801
           Telephone: (302) 295-0192
           weber@chipmanbrown.com

           -and-

3

**ROPES & GRAY LLP**
Gregg M. Galardi (No. 2991)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
gregg.galardi@ropesgray.com

*Counsel to Marshall Investments GCP Pty Limited (f/k/a Marshall Investments MIG Pty Ltd) as trustee for the Marshall Investments MIG Trust*