UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: 24-12726    BK ● AP ○

If AP, related BK case number:

Title of Order Appealed: Order Granting Mawson Infrastructure Group Inc.'s Motion for Bond Pursuant to 11 U.S.C. 303(e)

Docket #: 205            Date Entered: 9/11/2025

Item Transmitted:

| ✓ | Notice of Appeal | Docket #: 211 | Date Filed: 9/25/2025 |
| ☐ | Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ | Cross Appeal | Docket #: | Date Filed: |
| ☐ | Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ | Request for Certification of Direct Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

Marshall Investments GCP Pty Limited (f/k/a Marshall Investments MIG Pty Limited) as trustee for the Marshall Investments MIG Trust

**Appellee/Cross Appellee**

Mawson Infrastructure Group, Inc.

**Counsel for Appellant/Cross Appellant:**

Robert A. Weber
1313 N. Market St, Suite 5400
Wilmington, DE  19801
Gregg M. Galardi
1211 Avenue of the Americas
New York, NY  10036

**Counsel for Appellee/Cross Appellee:**

Seth A. Niederman
Stephanie Slater Ward
1201 N. Market St, Suite 1200
Wilmington, DE  19801
(additional attorneys on notice of appeal)

| Filing fee paid? | Yes ● | No ○ |
| IFP application filed by applicant? | Yes ○ | No ● |
| Have additional appeals of the same order been filed? | Yes ○ | No ● |
| *If Yes, has District Court assigned a Civil Action Number? | Yes ○ | No ● |

Civil Action Number:

(continued on next page)

**Notes:** ***Other interested parties listed on notice of appeal.

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 9/26/2025     **by:** /s/ Kimberly Ross
                              _____
                              **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:   25-45