**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| MAWSON INFRASTRUCTURE GROUP, INC. | ) | Bankruptcy Case No. 24-12726-MFW |
| | ) | Bankr. BAP No. 26-45 |
| Debtor. | ) | |
| _____ | ) | |
| MARSHALL INVESTMENTS GCP LTD. (f/k/a Marshall Investments MIG Pty Ltd.) as trustee for the Marshall Investments MIG Trust, | ) ) ) ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-1196-JLH |
| | ) | |
| MAWSON INFRASTRUCTURE GROUP, INC., | ) ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

**ORDER**

At Wilmington, Delaware, this **28th day of May 2026**,

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties made attempts at proceeding to mediation in the above-captioned case, but were unable to resolve this appeal;

WHEREAS it appears that the parties' disputes here cannot be resolved through further

mediation;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation.  The parties should address any request for entry of a briefing schedule to the assigned District Judge in this matter.

_Christopher J. Burke_
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE