## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

In re: Mawson Infrastructure Group, Inc.,    :

              :   Chapter 11

    Alleged Debtor.     :   Case No. 24-12726 (MFW)

              :

_____ :

Marshall Investments GCP Pty Ltd.   :

(*f/k/a* Marshall Investments MIG Pty Ltd) :

as trustee for the Marshall Investments MIG Trust, :

              :

     Appellant,    :

   v.        :

              :   Civ. No. 25-1196-JLH

Mawson Infrastructure Group, Inc.,   :

              :

    Appellee.     :

_____

### ORDER

Having received a recommendation (D.I. 26) (the "Recommendation") from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court; and upon consideration of the parties' Fourth Joint Status Report (D.I. 25) (the "Joint Status Report"); IT IS HEREBY ORDERED that:

 1. The Recommendation is accepted.

 2. As proposed in the Joint Status Report, the parties are directed to submit a proposed briefing schedule on the merits of this appeal within seven (7) days after the Bankruptcy Court's entry of an order with respect to the Motion to Strike (as defined in the Joint Status Report).

       Entered this 29th day of May, 2026.

       _____

       THE HONORABLE JENNIFER L. HALL

       UNITED STATES DISTRICT JUDGE